# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Michele Barnhart,                                            Civil No. 12-2089 (DWF/FLN)

          Plaintiff,

v.                                                           **ORDER**

Regions Hospital,

          Defendant.

---

Barbara J. Felt, Esq., Clayton D. Halunen, Esq., Ross D. Stadheim, Esq., and Shaun M. Parks, Esq., Halunen & Associates, counsel for Plaintiff.

Cynthia A. Bremer, Esq., and Jaime N. Cole, Esq., Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel for Defendant.

---

This matter is before the Court on a motion for summary judgment brought by Defendant Regions Hospital ("Regions"). (Doc. No. 15.) This action involves allegations by Plaintiff Michele Barnhart ("Barnhart") that Regions discriminated against her on the basis of her disability in violation of the Minnesota Human Rights Act ("MHRA"), failed to accommodate her disability in violation of the MHRA, retaliated against her in violation of the MHRA, and also violated the Family and Medical Leave Act ("FMLA").

In light of the parties' upcoming settlement conference, the Court issues the following order on the pending motion. The Court notes that this appears to be a case where the interests of both parties would be best served by meaningful settlement

discussions.  A full Memorandum Opinion and Order will be issued prior to the Settlement Conference set for January 15, 2014 at 2:00 p.m.

### ORDER

Based on the files, record, and proceedings herein, **IT IS HEREBY ORDERED** that Regions' Motion for Summary Judgment (Doc. No. [15]) is **DENIED**.

Dated:  January 14 , 2014            s/Donovan W. Frank
                                     DONOVAN W. FRANK
                                     United States District Judge